UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    - v -<br><br>Bartholomew Mitchell, | 09 CR 464-01 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for June 4, 2020 is adjourned to August 4, 2020 at 11:00 a.m.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: June 2, 2020
New York, New York