UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v -

Bartholomew Mitchell,

09 CR 464-01 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The conference scheduled for August 4, 2020 is adjourned to October 13, 2020 at 10:00 a.m.

*[signature: Loretta A. Preska]*

LORETTA A. PRESKA
Senior United States District Judge

Dated: July 31, 2020
New York, New York