# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 27, 2020

**BY ECF and E-mail**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Suite 2220
New York, NY 10007

> The conference currently scheduled for November 23, 2020 is adjourned until December 3, 2020, at 11:30 a.m. SO ORDERED.
>
> *Loretta A. Preska*  10/28/2020

**Re: United States v. Bartholomew Mitchell**
    **09 Cr. 464 (LAP)**

Dear Judge Preska:

Due to a scheduling conflict, I write to request an brief adjournment of the conference date currently scheduled for November 23, 2020 until December 3, 2020 at 11:30 a.m. All parties are available at that date and time.

Respectfully submitted,
/s/
Jennifer L. Brown
Attorney-in-Charge
Federal Defenders of New York
Tel: (646) 763-1420

cc: Robert Sobelman, Esq.
    Ji'vonne Gilmore, USPO